UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK A. BOLOKOFSKY** )<br>)<br>  Plaintiff )<br>)<br>  vs. )<br>)<br>**ASSET ACCEPTANCE LLC; AND, FULTON FRIEDMAN & GULLACE, LLP,** )<br>)<br>)<br>)<br>  Defendant. ) | CASE NO.:<br>13-cv-3020 SVW CW<br><br>ORDER DISMISSING ACTION PURSUANT TO NOTICE OF SETTLEMENT<br><br>[JS-6] |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice.

IT IS SO ORDERED.

Dated: September 13, 2013

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE